**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHIRLEY V REMMERT; EVA D AL-ZAGHARI,**<br><br>          **Plaintiff,**<br><br>     **v**<br><br>**SUPERIOR COURT ROBERT D FOILES; SAN MATEO COUNTY (MIKE CASEY); DISTRICT ATTORNEY'S OFFICE (CHARLES P FOX); SHERIFF'S OFFICE (GREG MUNKS); UNITED STATES ATTORNEY (NATHANIEL COUSIN),**<br><br>          **Defendants.**<br>_____/ | **No   C  07-80169-MISC VRW**<br><br>**ORDER** |

        **Plaintiffs in the above-entitled action were declared vexatious litigants by the Honorable Marilyn Hall Patel in an order filed August 15, 2001, in case No. C-01-2870 MHP.  Plaintiffs' current complaint was referred to the undersigned General Duty Judge on June 28, 2007.**

        **The court's investigation shows that plaintiffs have filed no fewer than 10 prior actions in this court: 01-0298 MHP, 01-1019 MHP, 01-1154 CRB, 01-2870 MHP, 05-80282 MHP, 06-0741 PJH,**

07-0824 CRB, 07-0825 CRB, 07-80059 MJJ and 07-80085 WHA. The complaint filed in this action names some of the same defendants named in the earlier cases (e g, Foiles, San Mateo County). The claims here resemble claims alleged in the earlier cases. Hence, this complaint would appear to be subject to the prefiling order entered by Judge Patel in case no 01-2870 in 2001.

Because of her greater familiarity with the claims asserted in the earlier cases, the undersigned REFERS this action to Judge Patel to determine whether the action should be barred by the August 15, 2001 prefiling order. Civ LR 3-12(c).

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge