UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT and
EVA D. AL-ZAGHARI

       Plaintiff(s),

vs.

SAN MATEO COUNTY, et al.,
       Defendant(s).

No.07-80169 MISC. MHP

**ORDER DENYING FILING OF COMPLAINT**

    Plaintiffs have filed numerous actions in this and other courts as noted in this court's earlier orders in C-01-2870 MHP. The court issued a pre-filing order on August 15, 2001 requiring that before the Clerk of this Court file an action plaintiff(s) obtain leave of court.

    Plaintiffs attempted to file this action on June 28, 2007. It was stamped "Received" and referred to this judge because of the pre-filing order. Despite the names of the two plaintiffs that frequent much of their litigation, this action appears to pertain to Shirley Remmert and her apparent custody status. It also appears from the complaint which is less than clear, as with many of plaintiffs' complaints, that Mrs. Remmert is facing pending criminal charges and has been denied pretrial release. Plaintiff Remmert's complaints seem to go to the validity of the pending charges and recite many of the same complaints she has made to this court on previous occasions.

    Case law is clear and well settled. Federal courts may not interfere with pending criminal state actions. Younger v. Harris, 401 U.S. 37 (1971). As with many if not all of plaintiffs' efforts to

1

state actions. Younger v. Harris, 401 U.S. 37 (1971). As with many if not all of plaintiffs' efforts to get the federal court to intervene in their problems with state court proceedings, generally pertaining to family law and guardianship matters, this complaint also runs afoul of federal court jurisdiction or, in this case, abstention.

Therefore, the Clerk of Court is directed not to file this action. PLAINTIFF IS INSTRUCTED THAT SHE MUST PROCEED BEFORE THE STATE COURT AND IF CONVICTED AVAIL HERSELF OF STATE APPELLATE PROCEDURES. She shall not return to this court while the proceedings are pending in state court. Accordingly,

This court abstains from hearing the complaint pursuant to Younger v. Harris and instructs that the Clerk of Court shall not file the complaint and other papers submitted in this matter.

IT IS SO ORDERED.

Date: August 13, 2007

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

2