UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY REMMERT,

        Plaintiff,

  v.

SAN MATEO COUNTY et al,

        Defendant.
                                         /

Case Number: CV07-80169 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley V. Remmert
Women's Correctional Center
San Mateo County Sheriff's Office
1590 Maple Street
Redwood City, CA 94063

Dated: August 16, 2007

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk